O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-00567-AHM(FFMx) | Date | December 21, 2009 |
|---|---|---|---|
| Title | POM WONDERFUL LLC v. WELCH FOODS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Gary S. Sedlik | Rick L. Shackelford | | |

**Proceedings:**   MOTION for Judgment on the Pleadings as to As to the Second and Third Claims for Relief filed by Defendant and Counterclaimant Welch Foods, Inc. [65] (non-evidentiary)

  Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court grants the motion for judgment on the pleadings, with leave to amend by not later than January 4, 2010. Order to issue.

| | : | 07 |
|---|---|---|
| | Initials of Preparer | SMO |