O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-567 AHM (AGRx) | Date | June 14, 2010 |
|---|---|---|---|
| Title | POM WONDERFUL LLC v. WELCH FOODS, INC. et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   The Court, on its own motion, takes the matter under submission. The hearing scheduled for 6/14/10 is taken off calendar; no appearances necessary.

|  | : |
|---|---|
| Initials of Preparer | se |