REDACTED

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, | CASE NO. CV 09-567 AHM (AGRx) |
| Plaintiffs, | SPECIAL VERDICT FORM NO. 1: LIABILITY |
| v. | |
| WELCH FOODS, INC., | |
| Defendants. | |

We, the jury, in the above-entitled action, find the following unanimous special verdict, on the questions submitted to us concerning liability.

**Question 1:** (See Instructions 3A, 3B, 3C, 3D)

Did Plaintiff prove by a preponderance of the evidence that the name, label, packaging or advertising of Welch's 100% Juice White Grape

///

///

Pomegranate product was, although literally true, nevertheless deceptive or had a tendency to deceive a substantial number of actual consumers?

Yes: X            No: _____

(If "Yes," please proceed to Question No. 2; if "No," please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

**Question 2:**

Did Plaintiff prove by a preponderance of the evidence that Defendant intended the name, label, packaging or advertising to deceive consumers?

Yes: X            No: _____

(If "Yes," please skip Question 3 and answer question 4; If "No," please proceed to Question No. 3)

**Question 3:**

Did Plaintiff prove by a preponderance of the evidence that even if Welch Foods did not act with the intent to deceive, a substantial segment of consumers were in fact deceived by the name, packaging or advertising of the White Grape Pomegranate product?

Yes: _____            No: _____

(If "Yes," please proceed to Question No. 4; if "No," please sign and date this form and inform the Court Clerk that you have completed deliberations.)

**Question 4:**

Did Plaintiff prove by a preponderance of the evidence that it suffered injury, consisting of lost sales or lessening of goodwill as a result of Defendant's conduct?

Yes: _____    No: _X_

(If "Yes," please proceed to Question No. 5; if "No," please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

**Question 5:** (See Instruction No. 4)

Did Defendant prove by clear and convincing evidence that Plaintiff engaged in inequitable conduct such that it had "unclean hands"?

Yes: _____    No: _____

(Please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

Dated: 9-13-10          By: _____
                              Jury Foreperson