# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-567-AHM (AGRx) | Date | September 15, 2010 |
|---|---|---|---|
| Title | POM WONDERFUL LLC v. WELCH FOODS, INC., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers)  ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR ORDER REMOVING CONFIDENTIALITY DESIGNATION FOR IVAN ROSS DEPOSITION TRANSCRIPT SHOULD NOT BE TAKEN OFF CALENDAR

On September 3, 2010, Plaintiff Pom Wonderful LLC filed a motion to remove the confidentiality designation for Ivan Ross deposition transcript and an application to seal Exhibit E to the Declaration of Daniel A. Beck.  (Dkt. Nos. 342, 351.)

Trial is concluded.  (Dkt. No. 369.)  The non-expert and expert discovery cutoff dates have passed.  (Exh. C to Beck Decl.; Dkt. No. 97.)  Although Pom states that Dr. Ross was deposed in a separate case, *Pom Wonderful LLC v. Tropicana Products, Inc.*, CV 09-566, Pom states that Tropicana did not designate Dr. Ross' transcript as confidential.  (Beck Decl. ¶ 4.)

Accordingly, Pom is ordered to show cause on or before September 23, 2010, why its motion to remove the confidentiality designation for Ross' transcript and application to seal Exhibit E to the Beck declaration should not be taken off calendar or withdrawn.  Filing a notice of withdrawal of the motion and application to seal will discharge the order to show cause.

cc:   Parties

|  | 0 | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | mp | |