**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware Limited Liability Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELCH FOODS, INC., a Michigan corporation; and DOES 1-10, inclusive<br><br>　　　　Defendant(s) | CASE NO. CV-09-00567 AHM (AGRx)<br><br>**JUDGMENT**<br><br>Date:　　　September 1, 2010<br>Time:　　　8:00 am<br>Courtroom: 14<br>Judge:　　　Hon. A. Howard Matz<br><br>Complaint filed:　January 23, 2009<br>Trial Date:　　　September 1, 2010 |

LA 129,081,779v1 9-1-10

On September 1, 2010, this action came on for a jury trial, the Honorable A. Howard Matz presiding. On September 13, 2010, the jury rendered its verdict in this case. In accordance with that verdict and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS ADJUDGED that:

1. Plaintiff Pom Wonderful LLC takes nothing by this suit;

2. This action is dismissed on its merits; and

3. Defendant Welch Foods, Inc. may recover its costs of suit taxed in this matter from the plaintiff Pom Wonderful LLC.

DATED: 10/18/10

By _____
A. Howard Matz, U.S. District Judge